**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARLENE GREEN-COOPER, et al.,

                    Plaintiffs,

vs.                                    Case No. 3:18-cv-686-J-32MCR

BRINKER INTERNATIONAL, INC.,

                    Defendant.

_____

## ORDER

Upon review, and with the consent of Judge Schlesinger and Judge Davis, the parties' unopposed amended motion to consolidate (Doc. 29) is **GRANTED** to the extent that the Clerk shall consolidate Franklin v. Brinker Int'l, Inc., Case No. 3:18-cv-1189-J-20JBT, and Alamillo v. Brinker Int'l, Inc., Case No. 3:18-cv-1190-J-39JBT, with this case by adding all parties and counsel to create a single unified case, and renaming it In re: Brinker Data Incident Litigation, (keeping the current case number, 3:18-cv-686-J-32MCR).  The Clerk shall thereafter close the Franklin and Alamillo cases and all filings related to any party should be filed in this case only.[1]  While the parties further requested that all future related cases filed in this district be automatically added to this docket, each case filed is automatically randomly assigned to a district judge, so it will be incumbent on the parties to file notices of related cases if new related cases are filed in, removed to, or transferred to this district, so the Court can determine if consolidation is appropriate.

_____

[1]The Clerk should file a copy of this Order in the two related cases when closing them.

The parties previously advised the Court that if these cases were consolidated, their intent would be for plaintiffs to file a second amended consolidated complaint that would include all claims and parties.  They shall do so no later than **November 30, 2018**.[2] Defendant shall respond no later than **January 4, 2019**.  If defendant files a motion to dismiss, plaintiffs shall file a single consolidated response no later than **February 1, 2019**.

Because of the anticipated scope of this litigation, the Clerk shall redesignate it as a Track Three case.  No later than **November 30, 2018**, the parties shall confer and file a case management report.[3]  The Court will thereafter set the case for a preliminary pretrial conference.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of October, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Harvey E. Schlesinger
United States District Judge

Honorable Brian J. Davis
United States District Judge

counsel of record

---

[2]The Clerk may therefore also terminate the motions to dismiss pending in Franklin and Alamillo.

[3]If plaintiffs intend to request that the Court appoint lead counsel, they should file such a motion by **November 30, 2018**.