UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Marlene Green-Cooper, Shenika Thomas, Fred Sanders, Daniel Summers, Christopher Lang, Eric Steinmetz, Peter Alamillo, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>v.<br>Brinker International, Inc.,<br><br>     Defendant. | Case No.: 18-cv-00686-TJC-MCR |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Fred Sanders files this Notice of Voluntary Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This dismissal is filed solely with respect to the individual claims of Plaintiff Daniel Summers and not with respect to the claims of the other Plaintiffs or the claims of the putative Class.

This Notice of Voluntary Dismissal is being filed with the Court before the service by Defendant of either an answer or motion for summary judgment.

Dated: September 3, 2019        Respectfully Submitted,

                     /s/ Jean Sutton Martin
                     Jean Sutton Martin
                     MORGAN & MORGAN
                     COMPLEX LITIGATION GROUP
                     2018 Eastwood Rd., Ste. 225
                     Wilmington, NC 28403
                     Telephone: (813) 559-4908
                     Facsimile: (813) 222-4795
                     Email: jeanmartin@ForThePeople.com

        William B. Federman
        FEDERMAN & SHERWOOD
        10205 N. Pennsylvania Ave.
        Oklahoma City, OK 73120
        Telephone:  (405) 235-1560
        Facsimile:  (405) 239-2112
        Email:  wbf@federmanlaw.com

        Graham B. Lippsmith
        KASDAN LIPPSMITH WEBER TURNER LLP
        360 East 2nd St., Ste. 300
        Los Angeles, CA 90012
        Telephone:  (213) 254-4800
        Facsimile:   (213) 254-4801
        Email:  glippsmith@klwtlaw.com

        INTERIM LEAD COUNSEL FOR
        PLAINTIFFS AND THE PROPOSED
        CLASS

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 3, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                              /s/ Jean Sutton Martin