## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| Marlene Green-Cooper, Shenika Thomas, Fred Sanders, Daniel Summers, Christopher Lang, Eric Steinmetz, Peter Alamillo, individually and on behalf of all others similarly situated, | Case No.: 18-cv-00686-TJC-MCR |
| Plaintiffs, | |
| v. | |
| Brinker International, Inc., | |
| Defendant. | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Daniel Summers files this Notice of Voluntary Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This dismissal is filed solely with respect to the individual claims of Plaintiff Daniel Summers and not with respect to the claims of the other Plaintiffs or the claims of the putative Class.

This Notice of Voluntary Dismissal is being filed with the Court before the service by Defendant of either an answer or motion for summary judgment.

Dated: September 3, 2019                    Respectfully Submitted,

                                             /s/ Jean Sutton Martin
                                            Jean Sutton Martin
                                            MORGAN & MORGAN
                                            COMPLEX LITIGATION GROUP
                                            2018 Eastwood Rd., Ste. 225
                                            Wilmington, NC 28403
                                            Telephone:  (813) 559-4908
                                            Facsimile:   (813) 222-4795
                                            Email:  jeanmartin@ForThePeople.com

1

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile:   (405) 239-2112
Email:  wbf@federmanlaw.com

Graham B. Lippsmith
KASDAN LIPPSMITH WEBER TURNER LLP
360 East 2nd St., Ste. 300
Los Angeles, CA 90012
Telephone:  (213) 254-4800
Facsimile:   (213) 254-4801
Email:  glippsmith@klwtlaw.com

INTERIM LEAD COUNSEL FOR
PLAINTIFFS AND THE PROPOSED
CLASS

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 3, 2019, a true and correct copy of the foregoing

was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document

will be served upon interested counsel via transmission of Notices of Electronic Filing generated

by CM/ECF.

/s/ Jean Sutton Martin