# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: Brinker Data Incident Litigation | Case No. 3:18-cv-00686-TJC-MCR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF PLAINTIFF MARLENE GREEN-COOPER** |

PLEASE TAKE NOTICE that Plaintiff Marlene Green-Cooper files this Notice of Voluntary Dismissal of her claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This dismissal is filed solely with respect to the individual claims of Plaintiff Marlene Green-Cooper and not with respect to the claims of the other Plaintiffs or the claims of the putative Class.

This Notice of Voluntary Dismissal is being filed with the Court before the service by Defendant of either an answer or motion for summary judgment.

Dated: August 12, 2020

                                                       Respectfully Submitted,

                                                       /s/ Jean Sutton Martin
                                                       Jean Sutton Martin
                                                       MORGAN & MORGAN
                                                       COMPLEX LITIGATION GROUP
                                                       210 N. Franklin St., Suite 700

Tampa, FL 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
Email: jeanmartin@ForThePeople.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

Graham B. Lippsmith
KASDAN LIPPSMITH WEBER TURNER LLP
360 East 2nd St., Ste. 300
Los Angeles, CA 90012
Telephone: (213) 254-4800
Facsimile: (213) 254-4801
Email: glippsmith@klwtlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jean Sutton Martin