**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re Brinker Data Incident
    Litigation

                                   Case No. 3:18-cv-686-J-32MCR

## O R D E R

Upon review of Notice of Voluntary Dismissal Without Prejudice (Doc. 123), filed on August 12, 2020, the claims by Plaintiff Marlene Green-Cooper are dismissed without prejudice. All other claims remain, and this case remains open.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of August, 2020.

                                         TIMOTHY J. CORRIGAN
                                         United States District Judge

jjb
Copies:

Counsel of record