**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re Brinker Data Incident
    Litigation

Case No. 3:18-cv-686-TJC-MCR

---

# O R D E R

Defendant Brinker International, Inc., filed a Federal Rule of Civil Procedure 23(f) petition seeking an interlocutory appeal of the Court's Class Certification Order. (Doc. 167). The Eleventh Circuit has now granted the petition. (Doc. 181). Rule 23(f) states that "[a]n appeal does not stay proceedings in the district court unless the district judge or the court of appeals so orders." The issues presented in the interlocutory appeal affect nearly every aspect of the case moving forward; thus, the Court finds it prudent to stay the proceedings and administratively close the case while the appeal is pending. See Prado-Steiman ex rel. Prado v. Bush, 221 F.3d 1266, 1277–78 (11th Cir. 2000). The Court will not set a Case Management and Scheduling Order at this time.

Accordingly, it is hereby

**ORDERED:**

1. The Clerk is directed to vacate any pending deadlines and administratively close the case.

2. The parties shall jointly notify the Court when the appeal has been decided.

**DONE AND ORDERED** in Jacksonville, Florida the 22nd day of September, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record