# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 29, 2024

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

  Re: Brinker International, Inc.
    v. Eric Steinmetz, Individually and on Behalf of All Others Similarly Situated, et al.
    No. 23-648
    (Your No. 21-13146)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

            Sincerely,

            Scott S. Harris, Clerk

# Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Tuesday, April 30, 2024 8:23 AM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 21-13146-DD Eric Steinmetz, et al v. Brinker International, Inc. "Certiorari Denied" (3:18-cv-00686-TJC-MCR) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/30/2024 at 8:22:24 AM Eastern Daylight Time and filed on 04/29/2024

**Case Name:** Eric Steinmetz, et al v. Brinker International, Inc.
**Case Number:** 21-13146
**Document(s):** 89

**Docket Text:**
Writ of Certiorari filed as to Appellant Brinker International, Inc. is DENIED. SC# 23-648.

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Honorable Timothy J. Corrigan, Chief U.S. District Judge
Honorable Monte C. Richardson, U.S. Magistrate Judge

The following document(s) are associated with this transaction:
**Document Description:** Certiorari Denied
**Original Filename:** Circ11_20240429_21-13146_23-648.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=04/29/2024] [FileNumber=10191681-0]
[76fe910d724835abf5f283685dc6d19951c89b902a5e07f9b9887bcc7c85ea1ab3f43449b9dc0fea857590ea70a0ff95118d
ec39f4ae22b1a53b045f9b7f9571]]