**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHENIKA THEUS, individually and
on behalf of all others similarly
situated,

     Plaintiffs,

                                 Case No. 3:18-cv-686-TJC-MCR

v.

BRINKER INTERNATIONAL,
INC.,

     Defendant.

---

## O R D E R

Upon review of plaintiff Shenika Theus' Notice of Voluntary Dismissal (Doc. 217) to which defendant agrees (Doc. 219), all individual claims of plaintiff Shenika Theus are **dismissed without prejudice**. There being no other remaining claims or parties, the Clerk shall **close** the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 25th day of September, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:

Counsel of record