**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:   BRINKER DATA
INCIDENT LITIGATION,

Case No. 3:18-cv-686-TJC-MCR

## O R D E R

Upon review, Defendant Brinker International, Inc.'s Unopposed Motion to Indefinitely Seal Records Pursuant to Local Rule 1.11(e) (Doc. 222) is **GRANTED**.   The following previously sealed documents shall remain sealed and may not be unsealed absent an order of the Court based on the good cause demonstrated in defendant's motion, which includes potential exposure of personal financial information, and confidential business information, including security measures:   Docs. 91, 136, 146, 147, 201, 207.[1]   See, e.g., Callahan v. United Network for Organ Sharing, 17 F.4th 1356, 1363 (11th Cir. 2021); Romero v. Drummond Co., Inc., 480 F.3d 1234, 1246 (11th Cir. 2007); Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1310-15 (11th Cir. 2001).

---

[1] Doc. 207 is the sealed unredacted transcript of the April 17, 2025 class certification hearing, which shall remain sealed.   Doc. 211 is a redacted version of that transcript which should no longer be sealed.

There are two additional documents currently filed under seal—Doc. 155 (four exhibits filed in support of plaintiffs' motion to certify class, as further described in Doc. 130) and Doc. 197 (exhibit filed in support of plaintiff's supplemental memorandum, as further described in Doc. 194).   No later than **April 9, 2026**, any party may move for continued sealing of any of these documents (upon showing good cause), absent which the Court will direct the Clerk to lift those seals.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of March, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record

2